IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JAMES DEAN FOUNTAIN,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO: 7:21-CV-120 (WLS) |
| : | |
| **CLINCH COUNTY, GA,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| _____ : | |

## ORDER

By Order (Doc. 17) entered November 29, 2022, the parties were ordered to brief the Court as to whether discovery in this case should be stayed entirely or whether there is discovery that may or should proceed. The briefs of both Plaintiff and Defendants were due on or before December 20, 2022. Defendants filed their brief (Doc. 18) on December 21, 2022. In a footnote in their brief, Defendants request permission to file their brief one day late because counsel inadvertently calendared the due date as December 21, 2022, rather than December 20, 2022. (*See* Doc. 17 n.1.) The Court's review of the docket reflects that the Plaintiff has not filed a brief as ordered by the Court.

Based on the foregoing, the Court **GRANTS** Defendants' request and hereby **ORDERS** that the deadline for Defendants to file their brief is extended to December 21, 2022. The Court further **ORDERS** that on or before **Friday, December 30, 2022**, Plaintiff shall comply with the Court's Order (Doc. 17) and brief the Court as to whether discovery in this case should be stayed entirely or whether there is discovery that may or should proceed.

**SO ORDERED**, this 23rd day of December 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**