IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JAMES DEAN FOUNTAIN,** : | |
| Plaintiff, : | |
| v.  : | CASE NO: 7:21-CV-120 (WLS) |
| **CLINCH COUNTY, GA,** *et al.*, : | |
| Defendants. : | |

# ORDER

Previously, the Court granted Defendants' request to stay the discovery pending appeal. (Docs. 20; 22). Recently, the Court granted Plaintiff's Consent Motion to Amend the Complaint (Doc. 25), in part, because the Eleventh Circuit granted the Parties' Joint Motion to Dismiss the Present Appeal and dismissed the appeal. *Peterson and Smith v. Fountain*, No. 22-13672-CC (11th Cir. Feb. 15, 2023).

Because the appeal has been dismissed, the Court finds that there is no need to continue the stay in discovery. Therefore, the Court hereby **LIFTS** the stay of discovery in this case.

**SO ORDERED**, this __16th__ day of October 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1