## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| JAMES DEAN FOUNTAIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-CV-120 (WLS) |
| | : | |
| RAYMOND PETERSON and JAMES SMITH, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is a Stipulation of Dismissal (Doc. 56), filed by the Parties on January 8, 2025. Therein, the Parties stipulate to the dismissal of the above-captioned case with prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 56). Therefore, the above-captioned action is **DISMISSED**, **WITH PREJUDICE**. The Parties shall bear their own fees and costs. Plaintiff's claims against Defendants having now been resolved, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 10th day of January 2025.

                                                            /s/W. Louis Sands
                                                            **W. LOUIS SANDS, SR. JUDGE**
                                                            **UNITED STATES DISTRICT COURT**