IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAMES DEAN FOUNTAIN, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-cv-120 (WLS) |
| | * |
| RAYMOND PETERSON AND JAMES SMITH, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 10, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 10th day of January, 2025.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk